371 A.2d 246

Commonwealth ex rel. Trosino v.
Gavetti, Appellant.

Argued March 19, 1976.
Bernard M. Berman, with him Scallan, March, Berman
& Del Fra, for appellant; Anna Iwachiw Vadino, Assist-
ant District Attorney, with her Frank T. Hazel, District
Attorney, for Commonwealth, appellee.

Order affirmed.

364 A.2d 939

Dickens, Appellant, v. Dickens.

Submitted April 15, 1976. John C. Pettit, and Patrono,
Ceisler, Edwards & Pettit, for appellant; Gary K. Dick-
ens, appellee, *in propria persona.*

Order affirmed.